## (November 17, 1939.)

MATILDA ZURLA and ARTHUR J. BLANK, as Executors, etc., of JOSEPH P. ZURLA, Deceased, Respondents, v. JAY REALTY CORPORATION, Appellant, Impleaded with Another, Defendant.

PER CURIAM. The judgment should be affirmed, with costs. In affirming the judgment, however, we do not determine whether the note on which the action was instituted, or any part of it, was held by Joseph Zurla in trust for his sisters and brother. We hold only that the defendant-appellant has failed to establish any defense to the note.

Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

Judgment unanimously affirmed, with costs.